IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY J. JORICH,

    Plaintiff

v.      3:12-CV-01627

CAROLYN W. COLVIN, ACTING      (JUDGE MARIANI)
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

FILED
SCRANTON
MAY 29 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, ON THIS 28TH DAY OF MAY**, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Timothy J. Jorich and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Timothy J. Jorich social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing and appropriately evaluate Jorich's thoracic and lumber spinal impairments, diabetes, and hypertension, and properly evaluate the medical opinions of Jorich's treating physicians.

3. The Clerk of Court is directed to close the case.

BY THE COURT:

Robert D. Mariani
United States District Judge